UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARIM HUSSEIN ABDELHAI ABDELSALAM,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH T. CUCCINELLI, Acting Director, United States Citizenship and Immigration Services; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security;[1] CYNTHIA MUNITA, Field Office Director, United States Citizenship and Immigration Services,<br><br>Defendants. | CASE NO. 2:19-cv-01610-RAJ<br><br>Stipulated Motion to Remand and Order |

Plaintiff Karim Hussein Abdelhai Abdelsalam and Defendants stipulate and move under Local Civil Rules 7(d)(1) and 10(g) to remand this case to United States Citizenship and Immigration Services (USCIS) for prompt adjudication of Plaintiff's N-400 Application for Naturalization. In support of this motion, USCIS represents that it will adjudicate Plaintiff's N-400 Application within seven days of

---

[1] Chad F. Wolf became Acting Secretary of the U.S. Department of Homeland Security on November 13, 2019. He is automatically substituted as a party under Federal Rule of Civil Procedure 25(d).

STIPULATED MOTION TO REMAND AND ORDER - 1
(2:19-cv-01610-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the date on which the Court enters an order dismissing this action and remanding the case. The parties therefore believe that a remand to USCIS will allow for the most expeditious resolution of this matter.

Accordingly, the parties stipulate that this case is DISMISSED without prejudice and with leave to refile if necessary, and is REMANDED to USCIS for the purpose of adjudicating Plaintiff's N-400 Application for Naturalization within seven days after the date of the Court's dismissal. The parties shall bear their own costs and attorney's fees.

s/ Meena P. Menter
MEENA P. MENTER
Menter Immigration Law PLLC
8201 164th Ave. NE, Ste. 200
Seattle, WA 98052
Phone: 206-419-7332
Fax: 206-407-2594
Email: Meena@meenamenter.com

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/*Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kyle.forsyth@usdoj.gov

IT IS SO ORDERED.

DATED this 20th day of November, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION TO REMAND AND ORDER - 2
(2:19-cv-01610-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970